## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KIM N. JONES, | * | CIVIL ACTION NO.: |
| Plaintiff, | * | 2:17-CV-08712 |
| v. | * | |
| | * | |
| WELLS FARGO BANK, N.A., | * | SECTION: F/3 |
| Defendant. | * | |
| | * | |
| ****************************************** | * | ********************************* |

## MEMORANDUM IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL WITHOUT SUBSTITUION

NOW INTO COURT COMES, Amanda Butler, Esq. of Business Law Group (BLG) who respectfully requests that pursuant to Rule 83.2.11 of the Local Rules of the United States District Court for the Eastern District of Louisiana, the Court allow for the withdrawal of Amanda Butler as counsel of record for Kim Jones for professional considerations.

Attached hereto as Exhibit A is a Letter of Correspondence by Amanda Butler to Kim Jones, which letter has been duly executed and acknowledged by Kim Jones, specifying the only remaining deadlines left in the case.  Mrs. Jones has agreed to allow Amanda Butler to withdraw.  There are no pending court appearances and the only remaining deadlines in the case are the deadlines listed in Exhibit A, as acknowledged by Mrs. Jones.

Mrs Jones' present address is 1712 Oretha Castle Haley, New Orleans, LA 70113.  Her current telephone number is (312) 339-5425.

Amanda Butler respectfully asks that the Court grant this motion and allow Amanda Butler to withdraw as counsel of record for Plaintiff, Kim Jones, so that Mrs. Jones may proceed in this matter as she desires.

Respectfully Submitted:

**BUSINESS LAW GROUP, LLC**

By: s/Amanda J. Butler
Amanda J. Butler (T.A.)
LSBA # 31644
abutler@lawgroup.biz
700 Camp St., Ste. 405
New Orleans, LA 70130
Telephone: (504) 528-9500
Facsimile: (504) 754-7776

## CERTIFICATE OF SERVICE

    I hereby certify that on October 15, 2019, a copy of the above and foregoing has been served upon counsel for all parties by electronic means and filed electronically with the Clerk of Court using the CM/ECF system.

/s/Amanda J. Butler
Amanda J. Butler, Esq.

4842-5506-8329, v. 1